| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>WRIGHT, SUSAN W | 2. Court or Organization<br><br>EASTERN DISTRICT OF ARKANSAS | 3. Date of Report<br><br>05/8/2007 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>United States District Court<br>600 W. Capitol Ave., Suite 522<br>Little Rock, AR 72201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Trustee | Five (5) ███ Trusts |
| 2. Personal Representative | Estate of ███████ |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 11:56 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Royalties (West Publishing Company) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | AEI - Brookings | Judicial Education Seminar (9/20-9/22/06) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Municipal Fund | A | Dividend | J | T | | | | | |
| 2. Wachovia Money Mkt Assets | A | Interest | K | T | | | | | |
| 3. Keystone Precious Metals | A | Dividend | J | T | | | | | |
| 4. TIAA/CREF-1 S403(b) | B | Interest | N | T | ptl. w/draw. | 2/9 | J | A | See Note 1. |
| 5. Regions Bank | A | Interest | K | T | | | | | |
| 6. Blackrock Advan Term Trust | A | Dividend | J | T | rolled over | 10/11 | | | See Note 2. |
| 7. Child's Trust (WA-TR I) | B | Distribution | N | T | | | | | See Note 3. |
| 8. - US Bank | | | | | | | | | |
| 9. - Chico's | | | | | sell | 5/15 | J | A | |
| 10. - Dell Inc | | | | | | | | | |
| 11. - Gap Inc | | | | | | | | | |
| 12. - GM Corp | | | | | | | | | |
| 13. - Ishares Cohen & Steers Realty Majors Index Fnd | | | | | | | | | |
| 14. - GMAC | | | | | | | | | |
| 15. - Ishares Tr-Dow Jones US Indl Sector Index Fnd | | | | | | | | | |
| 16. - Ishares TR Consumer Cyclical | | | | | | | | | |
| 17. - Ishares Tr S&P Midcap | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Dillards Cap Tr | | | | | | | | | |
| 19. - Wachovia Money Funds | | | | | | | | | |
| 20. - Tenn Valley Auth | | | | | | | | | |
| 21. - Accenture Ltd. | | | | | buy | 11/7 | | | |
| 22. - Altria Group Inc. | | | | | buy | 11/7 | | | |
| 23. - Apartment Investment & Reit Management Co-A | | | | | buy | 11/7 | | | |
| 24. - Bank of America | | | | | buy | 11/7 | | | |
| 25. - Barclays Plc ADR | | | | | buy | 11/7 | | | |
| 26. - Boeing Co. | | | | | buy | 11/7 | | | |
| 27. - Capital Source Inc. | | | | | buy | 11/7 | | | |
| 28. - CBS Corp CL B | | | | | buy | 11/7 | | | |
| 29. - Chevron Corporation | | | | | buy | 11/7 | | | |
| 30. - Citizens Communications | | | | | buy | 11/7 | | | |
| 31. - Colgate-Palmolive Co. | | | | | buy | 11/7 | | | |
| 32. - Diageo Plc | | | | | buy | 11/7 | | | |
| 33. - General Electric Company | | | | | buy | 11/7 | | | |
| 34. - Harrahs Entmt Inc. | | | | | buy | 11/7 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - IDEARC Inc. | | | | | buy | 11/7 | | | |
| 36.   - International Business Machine Corp. | | | | | buy | 11/7 | | | |
| 37.   - IShares Lehman 20+ Yr. Treas | | | | | buy | 11/7 | | | |
| 38.   - IShares MSCI Hong Kong Index Fd | | | | | buy | 11/7 | | | |
| 39.   - IShares MSCI EAFE Index Fund | | | | | buy | 11/7 | | | |
| 40.   - IShares MSCI Singapore Index Fd. | | | | | buy | 11/7 | | | |
| 41.   - IShares NYSE 100 Index | | | | | buy | 11/7 | | | |
| 42.   - IShares Russell Midcap Value | | | | | buy | 11/7 | | | |
| 43.   - IShares S&P Midcap 400 Value Index Fd | | | | | buy | 11/7 | | | |
| 44.   - IShares S&P Small Cap 600 Value Index Fd. | | | | | buy | 11/7 | | | |
| 45.   - IShares TR Russell 2000 Value Index | | | | | buy | 11/7 | | | |
| 46.   - IShares TR 1-3 Yr Treas Index Fd | | | | | buy | 11/7 | | | |
| 47.   - Lindoln Natl Corp Ind | | | | | buy | 11/7 | | | |
| 48.   - Nuveen Invts Inc Cl A | | | | | buy | 11/7 | | | |
| 49.   - Pfizer Incorporated | | | | | buy | 11/7 | | | |
| 50.   - Powershares Intl Divd Achievers Portfolio | | | | | buy | 11/7 | | | |
| 51.   - Regal Entertainment Grp A | | | | | buy | 11/7 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - RPM Intl. Inc. | | | | | buy | 11/7 | | | |
| 53. - Sanofi-Aventis ADR | | | | | buy | 11/7 | | | |
| 54. - SPDR S&P Dividend ETF | | | | | buy | 11/7 | | | |
| 55. - Streettracks Dow Jones Euro Stoxx 50 Fd | | | | | buy | 11/7 | | | |
| 56. - Streettracks Gold Trust | | | | | buy | 11/7 | | | |
| 57. - United Technologies Corp | | | | | buy | 11/7 | | | |
| 58. - US Bancorp | | | | | buy | 11/7 | | | |
| 59. - Vanguard Emerging Markets ETF | | | | | buy | 11/7 | | | |
| 60. - Verizon Communications Com | | | | | buy | 11/7 | | | |
| 61. - Waste Mgmt Inc. Del | | | | | buy | 11/7 | | | |
| 62. - Wisdomtree DVD Top 100 Fd | | | | | buy | 11/7 | | | |
| 63. - 1/2 Int. Timber | | | | | distribution | 10/7 | | | See Ln. 72 |
| 64. - Severed non-producing min. int.--Lafayette Co., AR | | | | | distribution | 10/7 | | | See Ln. 73 |
| 65. - Severed producing min. int. - Lion Oil | | | | | distribution | 10/7 | | | See Ln. 74 |
| 66. - Severed producing min. int. - Black Hills Energy - Nevada | | | | | distribution | 10/7 | | | See Ln. 75 |
| 67. County, AR | | | | | | | | | |
| 68. - 1/2 int. real estate, Lafayette Co., AR | | | | | distribution | 10/7 | | | See Ln. 76 |

1. Income Gain Codes: (See Columns B1 and D4) A =$1,000 or less; B =$1,001 - $2,500; C=$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3) J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes (See Column C2) Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. [X]- 1/2 int. real estate - Harrison County, TX | | | | | distribution | 10/7 | | | See Note 4 |
| 70. Regions Bank (chkg) | B | Interest | | | | | | | |
| 71. Wachovia Mny Mkt Assets (WA II) | A | Distribution | | | distribution | 10/11 | L | A | See Note 5 |
| 72. 1/2 int timber | | None | J | W | distribution | 10/11 | J | A | See Note 6 |
| 73. Severed non-producing min.int. -- Lafayette Cnty AR | A | Royalty | J | W | distribution | 10/11 | J | A | See Note 7 |
| 74. Severed prducing min.int. - Lion Oil | A | Royalty | J | W | distribution | 10/11 | J | A | See Note 8 |
| 75. Severed producing min.int.- Black Hills Energy -NevadaCntyAR | A | Royalty | K | W | distribution | 10/11 | J | A | See Note 9 |
| 76. 1/2 int. real estate, Lafayette Cnty AR | | None | K | W | distribution | 10/11 | J | A. | See Note 10 |
| 77. TIAA/CREF-2 403(b) | A | Interest | N | T | redemption | 2/9 | | | See Note 11 |
| 78. Monsanto Common Stock | A | Dividend | K | T | | | | | |
| 79. Monsanto | D | Dividend | K | T | | | | | |
| 80. Fidelity Funds (Retirement) | | None | K | T | | | | | |
| 81. Jonesboro AR Res Hsg & Health Care Fac | A | Interest | J | T | | | | | |
| 82. Putnam Fnd for Gwth & Inc CLB -IRA | B | Dividend | K | T | | | | | |
| 83. Putnam Fnd for Gwth & Inc CLB - IRA | B | Dividend | J | T | | | | | |
| 84. Putnam Fnd for Gwth & Inc CLB | A | Dividend | J | T | | | | | |
| 85. First Star Bank, AR | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Regions Bank | A | Interest | J | T | | | | | |
| 87. Severed non-producing Mineral Interest, Nevada Cnty AR | | None | J | W | | | | | See Note 12 |
| 88. Ing | B | Interest | K | T | | | | | |
| 89. ▮▮▮▮ Trust (ST 1) | A | Dividend | M | T | | | | | |
| 90. - Air Products & Chemicals Inc | | | | | sold | 9/15 | J | C | |
| 91. - Bank of America Corp | | | | | sold | 9/15 | J | B | |
| 92. - General Electric Company | | | | | sold | 9/15 | J | A | |
| 93. - Exxon Mobil Corp | | | | | sold | 9/11 | J | C | |
| 94. - Glaxosmithline PLC - ADR | | | | | sold | 9/15 | J | A | |
| 95. - Southern Company | | | | | sold | 9/15 | J | A | |
| 96. - Allstate Corporation | | | | | sold | 5/5 | J | A | |
| 97. - Dow Chemical Co | | | | | sold | 2/1 | J | A | |
| 98. - Flir Systems Inc | | | | | sold | 2/1 | J | A | |
| 99. - General Electric Co | | | | | sold | 9/15 | J | A | |
| 100. - Liberty Property Trust | | | | | sold | 9/15 | J | A | |
| 101. - McDonalds Corp | | | | | sold | 9/15 | J | B | |
| 102. - Precision Castparts | | | | | sold | 9/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Verisign Inc | | | | | sold | 2/1 | J | A | |
| 104. - Eli Lilly & Co | | | | | sold | 9/15 | J | A | |
| 105. - Proctor & Gamble Co | | | | | sold | 9/15 | J | A | |
| 106. T.D. Williamson, Inc C.S. (Ed.) | C | Dividend | M | T | | | | | See Note 13 |
| 107. Oppenheimer Main St. Fnd | A | Dividend | J | T | | | | | |
| 108. Putnam Fd. for Growth & Inc B | A | Dividend | J | T | | | | | |
| 109. Regions Bank Money Mkt acct | A | Interest | K | T | | | | | |
| 110. Steph. Select Dimensions Annuity | A | Dividend | L | T | | | | | |
| 111. Municipal Bonds (ST II) | A | Interest | M | T | | | | | |
| 112. - Little River AR Rev Bds (refnding Ga.-Pacific Corp) | | | | | | | | | |
| 113. - Hope Arkansas Water & Electric Rev R | | | | | sold | 3/1 | J | A | |
| 114. - Conway Arkansas Wastewtr Rev | | | | | | | | | |
| 115. - Arkansas St Univ Rev Rfdg & Co | | | | | | | | | |
| 116. - Pulaski Cnty Arkansas Pub Facs | | | | | | | | | |
| 117. - Rogers Arkansas Sales & Use TA | | | | | | | | | |
| 118. - University of Arkansas Brd Of | | | | | | | | | |
| 119. - Baxter Cnty AR Hosp Rev Ref | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. MoneyFund 1 | A | Interest | J | T | | | | | |
| 121. Putnam OTC Emerg Grwth T.Cl. B | A | Dividend | J | T | | | | | |
| 122. Fundamental Invester Inc | A | Dividend | J | T | | | | | |
| 123. Global Marine | A | Dividend | J | T | | | | | |
| 124. New Perspectives Fund Inc | A | Dividend | J | T | | | | | |
| 125. Oppenheimer Main St. Fund Inc. & Grw. F.Cl. B | A | Dividend | K | T | | | | | |
| 126. Putnam Fd. for Grwth & Inc Cl B | A | Dividend | K | T | | | | | |
| 127. Washington Mutual Investers | A | Dividend | J | T | | | | | |
| 128. Family Testamentary Trust I (BW) | B | Int./Div. | M | T | | | | | |
| 129. - Balanced Growth Fund A (MS I) | | | | | | | | | |
| 130. - Balanced Growth Fund B (MS I) | | | | | | | | | |
| 131. - Dividend Grwth Securities A (MS1) | | | | | | | | | |
| 132. - Dividend Grwth Securities B (MS1) | | | | | | | | | |
| 133. - Strategist Fund A (MS1) | | | | | | | | | |
| 134. - Global Advantage Fd B (prev- Euro Grwth Fd B (MS1) | | | | | | | | | |
| 135. - Aggressive Equity Fd B (MS1) | | | | | | | | | |
| 136. - Strategist Fund B (MS1) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - AIM Cap. Dev. A | | | | | buy | 12/14 | | | |
| 138. - Amer Gr Fd of America F | | | | | buy | 10/26 | | | |
| 139. - Fidel Adv Dvrsfd Intl A | | | | | buy | 10/8 | | | |
| 140. - Oppenheimer Dev Mkt A | | | | | buy | 12/8 | | | |
| 141. - Phoenix Multi-Sector S/T BD A | | | | | buy | 12/20 | | | |
| 142. - PIMCO Ttl Ret A | | | | | buy | 11/30 | | | |
| 143. - RS Partners A | | | | | buy | 12/14 | | | |
| 144. - TCW Galileo Div Focus N | | | | | buy | 10/26 | | | |
| 145. - MS(DW) Active Asset Money Fnd | | | | | | | | | |
| 146. ▆▆ Testamentary Trust II (St. III) | A | Int./Div. | K | T | | | | | See Note 14 |
| 147. -Amer Fnds Grwth Fund of America Cl A | | | | | | | | | |
| 148. - American Funds Wash. Mut. Fds. | | | | | | | | | |
| 149. - US Treasury Note | | | | | buy | 9/20 | | | |
| 150. - Money Fund 1 (ST III) | | | | | | | | | |
| 151. ▆▆ Trust 1 (ST IV-A) | B | Interest | M | T | | | | | |
| 152. - Aetna Inc | | | | | sold | 8/8 | J | A | |
| 153. - Baker-Hughes Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Bank of America Corp | | | | | | | | | |
| 155. - Best Buy Inc | | | | | sold | 7/28 | J | A | |
| 156. - CCE Spinco Inc | | | | | sold | 1/6 | J | A | |
| 157. - Clear Channel Communications (CCU) | | | | | sold | 3/29 | J | A | |
| 158. - ConocoPhillips | | | | | sold | 11/21 | J | A | |
| 159. - Danaher Corporation | | | | | | | | | |
| 160. - Dell Inc | | | | | sold | 3/29 | J | A | |
| 161. - Ebay Inc | | | | | | | | | |
| 162. Embarq Corp. | | | | | buy | 5/25 | | | |
| 163. | | | | | sold | 6/7 | J | A | |
| 164. - EMC Corp | | | | | sold | 8/8 | J | A | |
| 165. - Entergy Corp | | | | | sold | 5/30 | J | A | |
| 166. - Genentech Inc | | | | | | | | | |
| 167. - Guidant Corp | | | | | sold | 4/24 | J | A | |
| 168. - Marvell Technology Group Ltd | | | | | sold | 10/4 | J | A | |
| 169. - Newmont Mining Corporation | | | | | sold | 11/16 | J | A | |
| 170. - Pepsico Incorporated | | | | | sold | 11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Praxair Inc | | | | | | | | | |
| 172. - Procter & Gamble Company | | | | | | | | | |
| 173. - St. Paul Travelers Companies Inc | | | | | | | | | |
| 174. - US Bancorp | | | | | | | | | |
| 175. - United Health Group Inc | | | | | | | | | |
| 176. - Royal Caribbean Cruises Ltd | | | | | | | | | |
| 177. - Bed Bath & Beyond | | | | | buy | 11/2 | | | |
| 178. - Caremark RX | | | | | buy | 5/30 | | | |
| 179. - Caterpillar | | | | | buy | 8/11 | | | |
| 180. - Devon Energy | | | | | buy | 11/21 | | | |
| 181. - Lam Research Corp | | | | | buy | 10/11 | | | |
| 182. - Phelps Dodge Corporation | | | | | buy | 10/12 | | | |
| 183. - Republic Services | | | | | buy | 11/22 | | | |
| 184. - Smith International Inc. | | | | | buy | 8/11 | | | |
| 185. - Sprint Nextel | | | | | buy | 8/17 | | | |
| 186. - Staples, Inc. | | | | | buy | 4/4 | | | |
| 187. - TD Ameritrade Holding Corp | | | | | buy | 8/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - TXU Corp | | | | | buy | 5/30 | | | |
| 189. - Seagate Technology Hldgs. | | | | | buy | 4/4 | | | |
| 190. - US Treasury Note | | | | | buy | 9/20 | | | |
| 191. Washington Mutual Inv Fd (IRA) | A | Dividend | J | T | | | | | |
| 192. Equity Inc. Fd. Sel. Ten '97 Ser. A (IRA) | A | Dividend | J | T | | | | | |
| 193. Fundamental Investor Inc (IRA) | A | Dividend | J | T | | | | | |
| 194. New Perspective Fd. Inc (IRA) | A | Dividend | J | T | | | | | |
| 195. Putnam Fd. for Grwth & Inc C1 B (IRA) | C | Dividend | J | T | | | | | |
| 196. Bristol-Myers Squibb | A | Dividend | J | T | | | | | |
| 197. Steph. Eq. Tr. Sel. 10 Ind | A | Dividend | J | T | | | | | |
| 198. Steph. Eq. Tr. Comp. Edge Best Ideas | A | Dividend | J | T | | | | | |
| 199. Steph. Div. Growth B | A | Dividend | J | T | | | | | |
| 200. Steph. Bal. Growth C | A | Dividend | L | T | | | | | |
| 201. John Hancock Fin. Ind. Fd. Cla | A | Dividend | J | T | | | | | |
| 202. Tarrant Cnty. TX Hlth. Facs Dev Corp | A | Dividend | J | T | | | | | |
| 203. ML PFD Cap. Trust III | A | Dividend | J | T | | | | | |
| 204. WA II (IRA) | F | Int./Div. | J | T | redemption | 10/11 | J | A | See Note 15 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Brokerage Acct (WA III) 2931 | | | | | | | | | |
| 206. - Wells Fargo Company | A | Dividend | J | T | part.redemp. | 1/5 | J | A | See Note 16 |
| 207. - Nuveen Municipal Value F | A | Interest | J | T | | | | | |
| 208. - Nuveen Insured Tax Free | A | Interest | J | T | | | | | |
| 209. - Evergreen Intl Tr Prec Metals Fnd Cl A MF | A | Interest | J | T | part.redemp. | 1/5 | J | A | See Note 17 |
| 210. - Tarrant Cnty Tex Health Facs Dev Corp Hlth Sys (muni) | A | Interest | J | T | | | | | |
| 211. - Wachovia Money Mrkt Funds | A | Interest | J | T | consol. | 8/10 | J | A | See Note 18 |
| 212. WA IV (IRA) | A | Dividend | J | T | consolidated | 8/31 | J | A | See Note 19 |
| 213. WA- V (IRA) | A | Dividend | J | T | distributed | 10/11 | J | A | See Note 20 |
| 214. WA-VI (IRA)SWW 2943 | B | Dividend | M | T | roll-over | 2/9 | M | G | See Note 21 |
| 215. - IShares Tr S&P Midcap 400 Index | | | | | reinvested | 2/20 | | | |
| 216. - IShares Tr S&P 500 index Fd. | | | | | reinvested | 2/20 | | | |
| 217. - Merrill Lynch Pfd Cap | | | | | reinvested | 2/20 | | | |
| 218. - Advent Software Inc. | | | | | buy | 2/24 | J | | |
| 219. - Affiliated Managers | | | | | buy | 2/23 | J | | |
| 220. - Alberto-Culver Co Cl B | | | | | buy | 2/23 | J | | |
| 221. - Alcan Inc. | | | | | buy | 2/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Amazon.Com Inc. | | | | | buy | 2/24 | J | | |
| 223. - Ambac Finl Group Inc. | | | | | buy | 2/23 | J | | |
| 224. - Amer Intl Group Inc. | | | | | buy | 2/24 | J | | |
| 225. - American Medical Sys | | | | | buy | 2/23 | J | | |
| 226. - Amgen Inc. | | | | | buy | 2/24 | J | | |
| 227. - Amphenol Corp New | | | | | buy | 2/23 | J | | |
| 228. - Ametek Inc. | | | | | buy | 2/23 | J | | |
| 229. - Anadarko Petroleum Corp. | | | | | buy | 2/24 | J | | |
| 230. - Ansys Inc. | | | | | buy | 2/23 | J | | |
| 231. - Aracruz Celulose SA Adr | | | | | buy | 2/24 | J | | |
| 232. - Autodesk Inc. | | | | | buy | 2/24 | J | | |
| 233. - AXA-ADR | | | | | buy | 2/24 | J | | |
| 234. - BHP Billiton Ltd | | | | | buy | 2/24 | J | | |
| 235. - Ball Corp. | | | | | buy | 2/23 | J | | |
| 236. - Bard C R inc. | | | | | buy | 2/23 | J | | |
| 237. - Bed Bath & Beyond Inc. | | | | | buy | 2/24 | J | | |
| 238. - Biogen Idec Inc. | | | | | buy | 2/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | - Blackrock Inc. | | | | | buy | 2/23 | J | | |
| 240. | - Bright Horizons Family | | | | | buy | 2/23 | J | | |
| 241. | - British Amern Tob Plc | | | | | buy | 2/24 | J | | |
| 242. | - Brookfield Asset Mgmt. | | | | | buy | 2/24 | J | | |
| 243. | - Brown & Brown Inc Com | | | | | buy | 2/23 | J | | |
| 244. | - C D W Corp. | | | | | buy | 2/23 | J | | |
| 245. | - Canadian Pacific Railway | | | | | buy | 2/24 | J | | |
| 246. | - Cablevision Sys NY Grp A | | | | | buy | 2/24 | J | | |
| 247. | - Cadbury Schweppes PLC | | | | | buy | 2/24 | J | | |
| 248. | - CDA Natural Res Ltd | | | | | buy | 2/24 | J | | |
| 249. | - Canadian Natl Ry Co | | | | | buy | 2/24 | J | | |
| 250. | - Charming Shoppes Inc. | | | | | buy | 2/24 | J | | |
| 251. | - Cisco Sys Inc. | | | | | buy | 2/24 | J | | |
| 252. | - Coca Cola Company | | | | | buy | 2/24 | J | | |
| 253. | - Cohen & Steers Advnig | | | | | buy | 3/13 | J | | |
| 254. | - Comcast Corp Cl A Spl | | | | | buy | 2/24 | J | | |
| 255. | - Companhia Vale Do Rio | | | | | buy | 2/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Cooper Industries Ltd. | | | | | buy | 2/24 | J | | |
| 257. - Core Laboratories Ltd. | | | | | buy | 2/24 | J | | |
| 258. - Cree Inc. | | | | | buy | 2/24 | J | | |
| 259. - DadeBehring Inc. | | | | | buy | 2/23 | J | | |
| 260. - Dell Inc. | | | | | buy | 2/24 | J | | |
| 261. - Dent Sply Intl Inc. New | | | | | buy | 2/23 | J | | |
| 262. - Disney Walt Company | | | | | buy | 2/24 | J | | |
| 263. - Dolby Laboratories Inc-A | | | | | buy | 2/23 | J | | |
| 264. - Dril-Quip Inc. | | | | | buy | 2/23 | J | | |
| 265. - Dun & Bradstreet Corp. | | | | | buy | 2/23 | J | | |
| 266. - Edwards Lifescience Corp. | | | | | buy | 2/23 | J | | |
| 267. - Electronic Arts Inc. | | | | | buy | 2/24 | J | | |
| 268. - Ensign Energy Services | | | | | buy | 2/24 | J | | |
| 269. - FMC Technologies Inc. | | | | | buy | 2/23 | J | | |
| 270. - Forest Labs Inc. | | | | | buy | 2/24 | J | | |
| 271. - Forest Oil Corp New | | | | | buy | 2/23 | J | | |
| 272. - Genentec Inc. | | | | | buy | 2/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - General Electric Company | | | | | buy | 2/24 | J | | |
| 274. - Genzyme Corporation | | | | | buy | 2/24 | J | | |
| 275. - GlobalSantaFe Corp. | | | | | buy | 2/24 | J | | |
| 276. - Grant Prideco Inc. | | | | | buy | 2/24 | J | | |
| 277. - Groupe Dantone Spons ADR | | | | | buy | 2/24 | J | | |
| 278. - HCC Ins Hldgs Inc. | | | | | buy | 2/23 | J | | |
| 279. - Harman Intl Inds Inc New | | | | | buy | 2/23 | J | | |
| 280. - Home Depot Inc. | | | | | buy | 2/24 | J | | |
| 281. - Hunt J B Trans Svc Inc. | | | | | buy | 3/28 | J | | |
| 282. - Ipsco Inc. | | | | | buy | 2/24 | J | | |
| 283. - Inco Ltd. | | | | | buy | 2/24 | J | | |
| 284. - Ingersoll Rand Co Cl A | | | | | buy | 2/24 | J | | |
| 285. - Intel Corp. | | | | | buy | 2/24 | J | | |
| 286. - IAC/Interactive Corp. | | | | | buy | 2/24 | J | | |
| 287. - Interactive Data Corp. | | | | | buy | 2/23 | J | | |
| 288. - John Wiley & Sons Inc. | | | | | buy | 2/23 | J | | |
| 289. - Johnson & Johnson | | | | | buy | 2/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - BAE Systems Place | | | | | buy | 2/24 | J | | |
| 291. - Kronos Inc. | | | | | buy | 2/23 | J | | |
| 292. - Laboratory Corp of Amer. | | | | | buy | 2/23 | J | | |
| 293. - Lazard Ltd. | | | | | buy | 4/20 | J | | |
| 294. - Lehman Brothers Hldgs. | | | | | buy | 2/24 | J | | |
| 295. - Liberty Global Inc Ser A | | | | | buy | 2/24 | J | | |
| 296. - Liberty Media Corp. A | | | | | buy | 2/24 | J | | |
| 297. - Linear Technology Corp | | | | | buy | 2/23 | J | | |
| 298. - L-3 Communications Hldgs. | | | | | buy | 2/24 | J | | |
| 299. - Manpower Inc. Wisconsin | | | | | buy | 2/23 | J | | |
| 300. - Manu-Life Finl Corp. | | | | | buy | 2/24 | J | | |
| 301. - Mariner Energy Inc. | | | | | buy | 2/23 | J | | |
| 302. - Maxtor Corp. | | | | | buy | 2/24 | J | | |
| 303. - Merrill Lynch & Co Inc. | | | | | buy | 2/24 | ·J | | |
| 304. - Micros Sys Inc. | | | | | buy | 2/23 | J | | |
| 305. - Micron Technology Inc. | | | | | buy | 2/24 | J | | |
| 306. - Microsoft Corp. | | | | | buy | 2/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Millennium Pharmaceuticals | | | | | buy | 2/24 | J | | |
| 308. - Navteq Corp. | | | | | buy | 5/1 | J | | |
| 309. - NIJ Hldgs Inc Cl B | | | | | buy | 2/23 | J | | |
| 310. - Nabors Industries Inc. | | | | | buy | 2/24 | J | | |
| 311. - Nestles A Reg ADR | | | | | buy | 2/24 | J | | |
| 312. - Noble Corp. | | | | | buy | 2/24 | J | | |
| 313. - Novartis AG | | | | | buy | 2/24 | J | | |
| 314. - Neustar Inc. Class A | | | | | buy | 2/23 | J | | |
| 315. - Pall Corp. | | | | | buy | 2/24 | J | | |
| 316. - Partnerre Ltd. | | | | | buy | 2/24 | J | | |
| 317. - Pentair Inc. | | | | | buy | 4/24 | J | | |
| 318. - Pepsico Incorporated | | | | | buy | 2/24 | J | | |
| 319. - Pfizer Incorporated | | | | | buy | 2/24 | J | | |
| 320. - Potash Corp of Sask Inc | | | | | buy | 2/24 | J | | |
| 321. - Procter & Gamble Co. | | | | | buy | 2/24 | J | | |
| 322. - Protective Life Corp. | | | | | buy | 2/23 | J | | |
| 323. - Precision Drilling Trust | | | | | buy | 2/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Rio Tinto Plc | | | | | buy | 2/24 | J | | |
| 325. - Rogers Communications B | | | | | buy | 2/23 | J | | |
| 326. - RWE Agktifingsellschaft | | | | | buy | 2/24 | J | | |
| 327. - Sandisk corp. | | | | | buy | 2/24 | J | | |
| 328. - Schlumberger Ltd. | | | | | buy | 2/24 | J | | |
| 329. - Scotts Miracle-Gro Co | | | | | buy | 2/23 | J | | |
| 330. - Suncor Energy Inc. | | | | | buy | 2/24 | J | | |
| 331. - TJX Cos Inc New | | | | | buy | 2/23 | J | | |
| 332. - Talisman Energy Inc. | | | | | buy | 2/24 | J | | |
| 333. - Teck Comenco Ltd Cl B | | | | | buy | 2/24 | J | | |
| 334. - Tellabs Inc. | | | | | buy | 4/20 | J | | |
| 335. - Temaris S A Adr | | | | | buy | 2/24 | J | | |
| 336. -Tex Instruments Inc. | | | | | buy | 2/24 | J | | |
| 337. - Tiffany & Co New | | | | | buy | 2/23 | J | | |
| 338. - Time Warner Inc. | | | | | buy | 2/23 | J | | |
| 339. - Trans-Ocean Inc. | | | | | buy | 2/24 | J | | |
| 340. - Trican Well Service | | | | | buy | 2/24 | J | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,000 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
   (See Column C2)  Q =Appraisal  V =Other  S =Assessment
   U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. - Tyco Intl Ltd New | | | | | buy | 2/24 | J | | |
| 342. - UBS Ag Reg | | | | | buy | 2/24 | J | | |
| 343. - UnitedHealth Group | | | | | buy | 2/24 | J | | |
| 344. - Vail Resorts Inc. | | | | | buy | 2/23 | J | | |
| 345. - Varian Semiconductor | | | | | buy | 2/23 | J | | |
| 346. - Waste Connections, Inc. | | | | | buy | 2/23 | J | | |
| 347. - Weatherford Intl Ltd | | | | | buy | 2/24 | J | | |
| 348. - Wrigley Wm Jr. Co. | | | | | buy | 2/24 | J | | |
| 349. - Wrigley Wm Jr. Co. Cl B | | | | | buy | 2/24 | J | | |
| 350. - XTO Energy Inc. | | | | | buy | 2/23 | J | | |
| 351. - Yahoo Inc. | | | | | buy | 2/24 | J | | |
| 352. - Yara International ASA | | | | | buy | 2/24 | J | | |
| 353. WA-VII (IRA) | A | Interest | N | T | roll-over | 2/16 | J | A | See Note 22 |
| 354. - Money Market | A | Interest | J | T | | | | | |
| 355. - US Treas Note | | | | | buy | 2/27 | K | A | |
| 356. - Fed Natl Mtg Assn Bonds | | | | | buy | 9/15 | K | A | |
| 357. - Fed Natl Mtg Assn Notes | | | | | buy | 9/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - Fed Home Loan Mtg Notes | | | | | buy | 2/27 | K | A | |
| 359. - US Treas Bonds | | | | | buy | 2.27 | K | A | |
| 360. - US Treas Bonds | | | | | buy | 9/15 | J | A | |
| 361. - US Treas Inflation Index Notes | | | | | buy | 2/27 | K | A | |
| 362. | | | | | buy | 10/16 | K | A | |
| 363. - Treasury Inflation Index | | | | | buy | 1/16 | K | A | |
| 364. - Treasury inflation Index CPN | | | | | buy | 2/27 | K | A | |
| 365. - Pimco Fixed Income Shares Series C | | | | | buy | 2/27 | L | A | |
| 366. - Pimco Advisors Fxd Inc. Series M | | | | | buy | 2/27 | L | A | |
| 367. | | | | | buy | 6/2 | J | A | |
| 368. | | | | | buy | 9/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| 3. Value Method Codes (See Column C2) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 05/8/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Spouse died on June 4, 2006, and many of the changes are a result of the distributions made from his estate.

Section I. Trustee for five family trusts. This information was inadvertently omitted from last year's report.

Note 1: Ln. 4 Partial roll-over into an existing IRA and new IRA. [See lines 212-213]

Note 2: Ln. 6. Distributed to heirs of deceased spouse

Note 3: Ln. 7. Funds deposited from deceased spouse's account into daughter's trust

Note 4. Ln. 69. Inadvertently omitted from previous reports

Notes 5-10. Lns. 71-76. Deceased spouse's property divided among his four children, only one of which is under my control as trustee. (See lines     63-69)

Note 11. Ln. 77. Funds withdrawn and transferred to heirs of deceased spouse.

Note 12. Ln. 87. Distributed to heirs of deceased spouse. [See Notes 5-10 above]

Note 13. Ln. 106. Revaluation is based on an offer from the company to re-purchase which was refused

Note 14. Ln. 146. Lines 147-148 listed previously. Ln. 146 added to identify accounts in which assets are held

Note 15. Ln. 204. Deceased spouse's IRA funds transferred to heirs

Note 16. Ln. 206. See Note 15

Note 17. Ln. 209. See Note 15

Note 18. Ln. 211. See Note 15

Note 19. Ln. 212. See Note 15

Notes 20-21. Lns. 213, 214. See Note 1 (ln. 4)

Note 22. Ln. 353. See Note 1 (ln. 4)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓ Date _May 14, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544